IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL GLEN BURNS**                                                                 **PLAINTIFF**

**V.**                              **NO. 2:16CV00159 JM/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE